*In re* MIQUEL QUIÑONES VÁZQUEZ.

*Número:* TS-2648          *Resuelto:* 14 de enero de 2005

*Carmen H. Carlos*, directora Oficina de Inspección de Notarías; *José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados de Puerto Rico; *Luis A. Toledo*, abogado de la parte peticionaria; *Miguel Quiñones Vázquez*, peticionario.

## RESOLUCIÓN

Vistos el Informe de Cesación de la Notaría, de la Oficina de Inspección de Notarías, y la Moción del Colegio de Abogados de Puerto Rico, en contestación a nuestra reso-

---

lución, se autoriza la solicitud de baja voluntaria del Registro de Abogados del Lcdo. Miguel Quiñones Vázquez.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*